**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-CR-00270-JWD |
| | ) | |
| ALYSSA LYNN TURNER, | ) | <u>June 2022</u> **TRIAL DOCKET** |
| | ) | |
| Defendant. | ) | |

**<u>SECOND AMENDED SCHEDULING ORDER</u>**

**<u>THE FOLLOWING DEADLINES ARE SET BY THE COURT</u>**

1.  Pretrial motions (e.g., motions to suppress) shall be filed by **<u>5/24/2022</u>**.

    Only one omnibus pretrial motion per party is permitted without leave of Court.

    Omnibus response shall be filed **<u>within 7 days</u>** of the omnibus motion's filing.

    All omnibus motions and responses are subject to the page limitations in
    LCvR7.1(c), made applicable by LCrR1.2, and subject to LCrR12.1.

    Parties must attach to motion or otherwise submit to Court any disputed evidence
    at issue.

    No replies to pretrial motions will be permitted without leave of Court.

2.  Pretrial Conference/Motions Hearing set for **<u>6/10/2022 at 10:00 a.m.</u>**

    Lead trial counsel must attend pretrial conference.

    If the parties anticipate a change of plea, the parties must provide plea documents
    (petition to enter plea[1] and any plea agreement, if applicable) to the Court **at least
    7 days before the Pretrial Conference or by 6/3/2022**. The Change of Plea
    Hearing (if applicable) will be set at a date and time **to be determined** after the

---

[1] Counsel shall use the plea petition form available at
https://www.okwd.uscourts.gov/rules-procedures/chambers-rules/, under Judge Jodi W.
Dishman, Eastern District of Oklahoma Plea Petition Form.

receipt of the plea documents.

If the parties anticipate trial, they shall submit a list of all foreseeable issues **at least 7 days before the pretrial conference**.[2]

3.  Motions in limine,[3] requested jury instructions,[4] voir dire, and verdict forms shall be filed by **6/01/2022**.

4.  Any responses or objections to motions in limine (see note 3), requested jury instructions, voir dire, and verdict forms shall be filed by **06/07/2022**.

5.  Trial briefs (optional) and proposed summary of the indictment (if a summary is to be used) to be submitted by **6/14/2022**.

6.  The parties shall submit any stipulations to be made with respect to undisputed facts and the authenticity of documents by **6/14/2022**.

7.  The parties shall each submit a list of witnesses expected to be called in the appropriate order they are to be called, with current hometown addresses, by **6/14/2022**.

---

[2] For discussion at the pretrial conference, counsel shall submit a list of all foreseeable issues that will arise on admissibility of evidence, burden of proof, whether any unusual or non-pattern jury charges are needed, and any other issues that can or must be dealt with in advance of trial.

[3] Motions in limine and responses to motions in limine must be omnibus, are subject to the page limitations in LCvR7.1(c) made applicable by LCrR1.2, and are subject to LCrR12.1. No replies will be permitted absent leave of Court. Parties must attach or otherwise submit any disputed evidence at issue to the Court with the motion or response.

[4] Tenth Circuit Criminal Pattern Jury Instructions, 2021 Edition or as later updated, requested by the parties shall be referenced by their numbers. Each non-pattern instruction shall be accompanied by a brief stating the statutory or jurisprudential authority for the instruction, with Supreme Court or Tenth Circuit authority being preferred. A simple case citation will not suffice. If the non-pattern instruction is a deviation from the Tenth Circuit Criminal Pattern Jury Instruction, the parties must redline any proposed deviations. A copy of requested jury instructions in Microsoft Word Version must be emailed to dishman-orders@okwd.uscourts.gov.

8.    Exhibit lists and exhibit notebooks by both parties to be submitted by **6/14/2022**.[5]

9.    Jury Selection and Jury Trial to be held **June 21, 2022, at 9:00 a.m.***
      [*This Court's jury trial docket is a trailing docket and start date and time and
      location for this particular trial will be determined at the pretrial conference if trial
      is anticipated.]

A courtesy copy of all material required by this Second Amended Scheduling

Order must be submitted directly to the undersigned's chambers.

This Order governs these deadlines and supplants any contrary deadlines in the

local criminal rules.

IT IS SO ORDERED this 22nd day of March 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[5] Parties shall submit 3 hard copies of exhibit lists and exhibit notebooks, and provide a
thumb drive of all trial exhibits.