# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

CRIMINAL JURY DOCKET BEFORE THE HONORABLE JODI W. DISHMAN
**BEGINS June 21, 2022 (exact date and time TBD)**

Courthouse and courtroom to be determined (see General Order 22-03)

**PRETRIAL CONFERENCES: Set by separate order**

**NOTICE TO ALL COUNSEL**:

1. Counsel must carefully read and follow the deadlines set out within the scheduling order.

2. If the William J. Holloway, Jr. United States Courthouse, 200 N.W. 4th Street, Oklahoma City, Oklahoma, for the Western District of Oklahoma is to be used for the trial setting, please follow any court order regarding defendant's consent to summoning jurors from the Western District of Oklahoma for trial. A fully executed consent is due at least 14 days before trial. Otherwise, if no consent form is filed by the deadline, the matter will be tried to jurors summoned from the Eastern District of Oklahoma.

3. Photo identification is required for anyone entering the federal courthouse.

| | | |
|---|---|---|
| **21-CR-00270-JWD** | United States of America | Jordan W. Howanitz |
| | v. | |
| | Alyssa Lynn Turner (Detained) | Melanie Keiper |
| **21-CR-00289-JWD** | United States of America | Kevin Gross |
| | v. | |
| | Jeremy Matthew Girty (Detained) | John B. McEntire, IV<br>Colin Price |