IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>ALYSSA LYNN TURNER,<br><br>    *Defendant.* | Case No. CR-21-270-JWD |

### INFORMATION

The United States Attorney charges:

#### COUNT ONE

#### MANSLAUGHTER IN INDIAN COUNTRY
#### [18 U.S.C. §§ 1112, 1151, & 1152]

On or about July 2, 2021, within the Eastern District of Oklahoma, in Indian Country, the defendant, **ALYSSA LYNN TURNER**, a non-Indian, upon heat of passion, did unlawfully kill Emmett Carshall, an Indian with a firearm, in violation of Title 18, United States Code, Sections 1112, 1151, and 1152.

              CHRISTOPHER J. WILSON
              United States Attorney

              */s/ Jordan W. Howanitz*
              JORDAN W. HOWANITZ, TN Bar #035622
              Assistant United States Attorney