# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-CR-00270-JWD |
| | ) |
| ALYSSA LYNN TURNER, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Before the Court is the Final Presentence Investigation Report [Doc. No. 87]. The Court orders counsel for each party to submit a memorandum addressing whether the plea satisfies *Hughes v. United States*, 138 S. Ct. 1765, 1773 (2018), *Freeman v. United States*, 564 U.S. 522, 525–26, 529–30 (2011), USSG § 6B1.2, and any other applicable legal standards for the Court's consideration and evaluation of the plea agreement. Memoranda shall be due by **Tuesday, May 30, 2023**.

IT IS SO ORDERED this 15th day of May 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE