IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Case No. CR-21-270-JWD |
| ALYSSA LYN TURNER, | |
| *Defendant.* | |

### NOTICE OF DISMISSAL

**COMES NOW** the plaintiff, United States of America, by and through United States Attorney Christopher J. Wilson and Jordan W. Howanitz, Assistant United States Attorney, and dismisses the Superseding Indictment filed February 8, 2022 as to the defendant, **ALYSSA LYN TURNER**, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The defendant has heretofore pled guilty to the Information and further prosecution is deemed unwarranted.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

JORDAN W. HOWANITZ, TN Bar # 035622
Assistant United States Attorney
520 Denison Ave.
Muskogee, OK 74401
Telephone: (918) 684-5100
E-mail: Jordan.Howanitz@usdoj.gov

LEAVE GRANTED FOR FILING:

JODI WARMBROD DISHMAN
United States District Judge